**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                                                  Case #16-25838
**Debtor:** Sandra Cardena                                              Chapter 7

# FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was not scheduled and not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [ x ] Other: No Workout

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement


Dated: 03.09.18                    Signature of Mediator: _____ //s// Pelayo Duran
                                   Printed Name: Pelayo Duran
                                   Address: 4640 Northwest 7th Street Miami, FL 33126
Copies To:                         Phone: (305) 266-9780
[All Parties to Mediation]         Email: NegotiatedResolutions@gmail.com