UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22467-LMI
Chapter 13

IN Re:
Debtor: Andrea Marino
     Defendants.
_____/

**NOTICE TO WITHDRAW DOCUMENT**

Mediator, Pelayo M. Duran, pursuant to the Federal Rules of Bankruptcy Procedure hereby serves this Notice to Withdraw Document and states the following:

Docket Entry 50, is to be withdrawn

   /s/ Pelayo M. Duran_____
Pelayo M. Duran, Mediator
Negotiated Resolution
4640 NW 7 Street
Miami, Fl. 33126
305-266-9780
pduran@negotiatedresolution.com

Copies to:
[all parties to mediation]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13th 2018, a true copy of the foregoing was filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record on the Service List.

By ___*s/ Pelayo M. Duran*_____
PELAYO M. DURAN
Fla. Bar No. 0146595